IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| IWHEALTH, LLC ) | Case No. 22 - 60021 |
| ) | |
| Debtor. ) | Chapter 11 (Subchapter V) |

**CORPORATE OWNERSHIP STATEMENT AND REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF THE DEBTOR HOLDS A SUBSTANTIAL AND CONTROLLING INTEREST**

The above-captioned Debtor submits this statement and report (the "Statement and Report") providing the information required by Bankruptcy Rule 7007.1 and the information required by Bankruptcy Rule 2015.3 as follows:

**Corporate Ownership Statement**

No corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

**Report of Value, Operations and Profitability**

The Debtor has no interests in any entity that is not a publicly traded corporation or a debtor in a case under title 11.

**Verification**

The undersigned, verifies under the penalty of perjury that the above information is true and correct.

Dated: April 18, 2022

_____
W. Marc Schwartz
Chief Restructuring Officer